*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   November 6, 2014                    515572
_____

In the Matter of CARLOS ABREU,
                    Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

T. GRIFFIN, as Superintendent
   of Southport Correctional
   Facility, et al.,
                    Respondents.
_____

Calendar Date:   September 16, 2014

Before:   McCarthy, J.P., Garry, Rose, Lynch and Devine, JJ.

                    _____


        Carlos Abreu, Alden, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondents.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review (1) a determination of respondent Commissioner of
Corrections and Community Supervision which found petitioner
guilty of violating certain prison disciplinary rules and (2) a
determination of the Central Office Review Committee denying
petitioner's grievance.

        Petitioner was found guilty following a tier III
disciplinary hearing of violating various prison disciplinary
rules, and that determination was upheld in relevant part upon
administrative review.  He further filed a grievance, alleging
that he was assaulted by staff and denied medical treatment at
the Five Points Correctional Facility, that was ultimately denied
by the Central Office Review Committee.  Petitioner commenced

this CPLR article 78 proceeding to review both determinations.

The Attorney General has advised this Court that the disciplinary determination at issue has been administratively reversed, all references thereto have been expunged from petitioner's record, and the mandatory surcharge has been refunded to him.  Petitioner has thus been afforded all the relief to which he is entitled, and the petition is moot insofar as it seeks review of that determination (see Matter of Lebron v Artus, 48 AD3d 993, 994 [2008], lv denied 10 NY3d 709 [2008]).

The Attorney General further advises that petitioner reached the expiration of his maximum term of imprisonment on January 24, 2014; he was released into the custody of the Central New York Psychiatric Center and, while there, committed another crime, resulting in reincarceration in a different facility. These circumstances render moot his challenge to the denial of his grievance, which had alleged that he was not provided appropriate medical and psychiatric treatment at another facility following an alleged assault and harassment by prison staff (see Matter of Levola v Fischer, 87 AD3d 1191, 1191 [2011]; Matter of Rivera v Fischer, 67 AD3d 1140, 1141 [2009]).

McCarthy, J.P., Garry, Rose, Lynch and Devine, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court